No. 220. RICHARDS *v.* MICHIGAN CENTRAL RAILROAD COMPANY. Error to the Circuit Court of the United States for the Northern District of Illinois. Argued April 15, 16, 1902. Decided April 21, 1902. *Per Curiam.* Dismissed for the want of jurisdiction, on the authority of *Colvin* v. *Jacksonville,* 157 U. S. 368; *Arkansas* v. *Schlierholz,* 179 U. S. 598; *Ansbro* v. *United States,* 159 U. S. 695; *Cornell* v. *Green,* 163 U. S. 75; *Robinson* v. *Caldwell,* 165 U. S. 359; and see *Richards* v. *Michigan Central Railroad Company,* 102 Fed. Rep. 508; *Richards* v. *Michigan Central Railroad Company,* 179 U. S. 686; *Richards* v. *Elevator Company,* 158 U. S. 299; 159 U. S. 477. *Mr. John*

*C. Chaney* and *Mr. Alphonso Hart* for the plaintiff in error. *Mr. George S. Payson* for the defendant in error.